CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA - FILED

AUG 2 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RODNEY LEON LEWIS,<br>    Plaintiff, | Civil Action No. 7:08-cv-00477 |
| v. | **FINAL ORDER** |
| ROANOKE COUNTY/SALEM JAIL,<br>et. al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1) and 28 U.S.C. § 1367(c) (as to any possible state law claims), and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 29th day of August, 2008.

/s/ James C. Turk
Senior United States District Judge